FILED
CLERK, U.S. DISTRICT COURT

JUL 3 - 2002

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MILLER,<br><br>PLAINTIFF(S),<br>v.<br>AP-FARRELL RAMON, LLC, and DOES 1 through 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 02-4940-PA(Ex)<br><br>Priority ___<br>Send ___<br>Enter ___<br>Closed ___<br>JS-5/JS-6 ___<br>JS-2/JS-3 ___<br>Scan Only ___<br><br>ORDER STRIKING FILED DOCUMENTS<br>FROM THE RECORD |

WHEREAS, the documents listed below were improperly filed for the following reason(s) __lacking an order of leave of court, pursuant to FRCvP 15_____,

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

Document Entitled: __Second Amended Complaint for Damages and Injunctive Relief, etc.__
Filed: __June 27, 2002__

Document Entitled: _____ Filed: _____

Document Entitled: _____ Filed: _____

Document Entitled: _____ Filed: _____

ENTER ON ICMS
JUL -8 2002

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

DATED: __7/3/02__

_____
PERCY ANDERSON
United States District Judge

cc: All counsel and/or parties appearing pro se    ORIGINAL