PRIORITY SEND

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. CV 02-04940-PA (Ex)    Date: November 18, 2002

Title: NANCY MILLER -v- ABBEY PARTNERS III; ABBEY-PROPERTIES, LLC; THE ABBEY COMPANY; EARLE TRUAX; DONALD G. ABBEY; DOES 1 through 10, inclusive

PRESIDING: HONORABLE PERCY ANDERSON, U.S. DISTRICT JUDGE

Jim Holmes    None Present
Acting Courtroom Deputy    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE    NO APPEARANCE

PROCEEDINGS: Dismissal For Lack Of Prosecution

On September 30, 2002, this court issued an order to show cause why this action should not be dismissed for failure to serve the summons and complaint within 120 days after the filing of the complaint. On October 17, 2002, the plaintiff filed her response to the order to show cause. Plaintiff seeks to file a second amended complaint substituting a new defendant in the place of the original defendants. After reviewing the plaintiff's response, the court finds that the plaintiff has not demonstrated good cause why the summons and complaint was not served with 120 days of its filing. Accordingly, pursuant to Fed. R. Civ. P. 4(m), the action is dismissed without prejudice. The court need not and does not reach the merits of the appropriateness of the second amended complaint.

☑ Docketed
☑ Copies / NTC Sent
☑ JS - 5 / JS - 6
☐ JS - 2 / JS - 3
☐ CLSD

ENTER ON ICMS

NOV 21 2002

13

MINUTES FORM 90
CIVIL -- GEN    Initials of Deputy Clerk: